Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorney for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

Petra S. Munoz,

    Debtor.

---

Bank of America, N.A.,

    Movant,

vs.

Petra S. Munoz, Debtor, Maciel G. Munoz, Sr. Co-Debtor, and Devin Derham-Burk, Trustee,

    Respondents.

Bankruptcy Case No. 17-50387

RS No. CJO- 710

Chapter 13

**HEARING DATE:**
**DATE:** 09/06/2017
**TIME:** 11:30 AM
**CTRM:** Ste 214

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

    I, Christine Harding, declare under penalty of perjury as follows:

    1.    I am a/an Assistant Vice President of Bank of America, N.A. ("BANA") and am authorized to sign this declaration on behalf of BANA, as movant ("Movant") with respect to a certain loan (the "Loan") provided to Debtor, which Loan is evidenced by the Note (defined below) and secured by the Deed of Trust (defined below).

    2.    As part of my job responsibilities for BANA, I have personal knowledge of and am familiar with the types of records maintained by BANA in connection with the Loan and the

DECLARATION IN SUPPORT OF MOTION FOR RELIEF    1
RV/B48777

procedures for creating those types of records. I have access to and have reviewed the books, records and files of BANA that pertain to the Loan and extensions of credit given to Debtor concerning the Property (defined below).

3. The information in this declaration is taken from BANA's business records regarding the Loan. I have personal knowledge of BANA's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records.

4. Maciel G. Munoz, Sr. and Petra Silva Munoz have executed and delivered that certain promissory note in the original principal amount of $417,000.00 (the "Note"). Movant, directly or through an agent, has possession of the Note.

5. A true and correct copy of the Note is attached to the Motion as Exhibit "1."

6. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor under the Note and the Deed of Trust and with respect to the Loan are secured by certain real property (the "Property"). The Property address is 1342 Bolero Avenue, Salinas, CA 93906.

7. A true and correct copy of the Deed of Trust is attached to the Motion as Exhibit "2."

The Obligations have been modified pursuant to a loan modification, a true and correct copy of which is attached to the Motion as Exhibit "6."

8. Movant is the original mortgagee or beneficiary or the assignee of the Deed of Trust. A true and correct copy of the Assignment of Deed of Trust is attached to the Motion as Exhibit "5."

9. As of July 20, 2017, the outstanding Obligations are:

| | |
|---|---|
| Unpaid Principal Balance | $411,583.23 |
| Unpaid, Accrued Interest | $23,751.48 |
| Costs | $18,849.01 |
| Less: Partial Payments | ($1,553.25) |
| Minimum Outstanding Obligations | $452,630.47 |

10. In addition to the other amounts due to Movant reflected in this declaration, as of the date hereof, in connection with seeking the relief requested in the Motion, Movant has also incurred $1,031.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and costs in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

11. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 4 | 04/01/2017 | 07/01/2017 | $1,873.57 | $7,494.28 |

Total: $7,494.28

12. Attached hereto as Exhibit "4" is a postpetition payment history with respect to the Loan.

13. Pursuant to the Note, an additional monthly payment in the amount of $1,873.57 will come due on August 1, 2017.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of July, 2017. at Simi Valley (city), California (state).

Name: Christine Harding
Title: Assistant Vice President

DECLARATION IN SUPPORT OF MOTION FOR RELIEF      3
RV/B48777